FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)      Case Number **10−43719 LT 7**

# UNITED STATES BANKRUPTCY COURT
### Northern District of California (Oakland)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/1/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Hugh Mahoney<br>107 Woodstock Court<br>El Sobrante, CA 94803 | Kimberly Rose Mahoney<br>aka Kimberley Rose Gunn<br>107 Woodstock Court<br>El Sobrante, CA 94803 |
| Case Number:<br>10−43719 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx−xx−7843<br>xxx−xx−4156 |
| Attorney for Debtor(s) (name and address):<br>George Holland Jr.<br>Law Office of George Holland Jr.<br>1970 Broadway St. #1030<br>Oakland, CA 94612<br>Telephone number: (510)465−4100 | Bankruptcy Trustee (name and address):<br>John Kendall<br>2601 Blanding Ave.<br>Bldg #C Suite 110<br>Alameda, CA 94501<br>Telephone number: (510) 523−9821 |

### Meeting of Creditors

Date: **May 4, 2010**      Time: **05:00 PM**
Location: **Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 7/6/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1300 Clay Street #300 (94612)<br>Post Office Box 2070<br>Oakland, CA 94604−2070<br>Telephone number: 510−879−3600 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 4/2/10 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: pwright             Page 1 of 2              Date Rcvd: Apr 02, 2010
Case: 10-43719                Form ID: B9A              Total Noticed: 38
```

The following entities were noticed by first class mail on Apr 04, 2010.
```
db/jdb         +Hugh Mahoney,   Kimberly Rose Mahoney,   107 Woodstock Court,   El Sobrante, CA 94803-7305
aty            +George Holland, Jr.,   Law Office of George Holland Jr.,   1970 Broadway St. #1030,
                 Oakland, CA 94612-2222
tr             +John Kendall,   2601 Blanding Ave.,   Bldg #C Suite 110,   Alameda, CA 94501-1579
smg             CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
                 Sacramento, CA  94280-0001
smg            +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg            +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
ust            +Office of the U.S. Trustee/Oak,   Office of the U.S. Trustee,   1301 Clay St. #690N,
                 Oakland, CA 94612-5231
10816223       +Amaigamated Transit Union,   Local 1555,   132 Ninth St. Ste.100,   Oakland, CA 94607-4716
10816224        America's Servicing Company,   7495 New Horizon Way,   Frederick, MD 21703-8388
10816229       +CitiFinancial,   PO Box 499,   Hanover, MD 21076-0499
10816230       +Contra Costa County Tax Collector,   PO Box 631,   Martinez, CA 94553-0063
10816231       +Farmers Insurance,   c/o John Bell Ins. Agency,   3410 Lakeshore Avenue, Ste. 204,
                 Oakland, CA 94610-2337
10816244       +Patelco Credit Union,   156 Second St.,   San Francisco, CA 94105-3724
10816246       +Sears/CBSD,   P.O Box 6189,   Sioux Falls, SD 57117-6189
10816247       +St. Jerome School,   320 San Carlos Ave.,   El Cerrito, CA 94530-3741
10816248       +Stanford Credit Union,   PO Box 10690,   Palo Alto, CA 94303-0843
10816250       +THD/CBSD,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
10816251        Visa/DSNB,   9111 Duke Blvd,   Mason, OH 45040-8999
10816254       +Washington Mutual Bank,   1201 Third Avenue,   Seattle, WA 98101-3029
```

The following entities were noticed by electronic transmission on Apr 02, 2010.
```
smg             EDI: CALTAX.COM Apr 02 2010 19:38:00      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
10816225       +EDI: AMEREXPR.COM Apr 02 2010 19:38:00      American Express,   P. O Box 981535,
                 El Paso, TX 79998-1535
10816226       +EDI: AMEREXPR.COM Apr 02 2010 19:38:00      American Express,   PO Box 981540,
                 El Paso, TX 79998-1540
10816227       +EDI: BANKAMER.COM Apr 02 2010 19:38:00      Bank of America,   4161 Piedmont Parkway,
                 Greensboro, NC 27410-8119
10816228       +EDI: CCS.COM Apr 02 2010 19:38:00      CCS,   Two Well Avenue,   Dept. 9134,
                 Newton Center, MA 02459-3208
10816232       +EDI: CALTAX.COM Apr 02 2010 19:38:00      Franchise Tax Board,   PO Box 2952,
                 Sacramento, CA 95812-2952
10816233       +EDI: RMSC.COM Apr 02 2010 19:38:00      GEMB/Suzuki,   P.O Box 981400,   El Paso, TX 79998-1400
10816236       +EDI: HFC.COM Apr 02 2010 19:38:00      HSBC/MS,   P.O Box 5253,   Carol Stream, IL 60197-5253
10816235       +EDI: HFC.COM Apr 02 2010 19:38:00      HSBC/MS,   P.O Box 9068,   Brandon, FL 33509-9068
10816234        EDI: HFC.COM Apr 02 2010 19:38:00      Household Mortgage Services,   P.O Box 978,
                 Wood Dale, IL 60191-0978
10816238        EDI: IRS.COM Apr 02 2010 19:38:00      Internal Revenue Service,   1301 Clay Street,
                 Oakland, CA 94612-5210
10816237        EDI: IRS.COM Apr 02 2010 19:38:00      Internal Revenue Service,   Insolvency,Mail Stop 1400S,
                 1301 Clay Street,   Oakland, CA 94612
10816241       +EDI: TSYS2.COM Apr 02 2010 19:38:00      Macy's,   9111 Duke Blvd,   Mason, OH 45040-8999
10816242       +EDI: MID8.COM Apr 02 2010 19:38:00      Midland Credit Management, Inc.,   8875 Aero Dr.,
                 San Diego, CA 92123-2251
10816243        E-mail/Text: bnc@nordstrom.com                             Norstrom,   PO Box 13589,
                 Scottsdale, AZ 85267-3589
10816245       +E-mail/Text: banko@professionalrecovery.com
                 Professional Recovery Systems,   20 Great Oak Blvd. Ste. 2,   San Jose, CA 95119-1002
10816249       +EDI: WTRRNBANK.COM Apr 02 2010 19:38:00      Target,   P.O. Box 673,   Minneapolis, MN 55440-0673
10816252        EDI: CHASE.COM Apr 02 2010 19:38:00      Wash Mutual/Providian,   PO Box 660509,
                 Dallas, TX 75266
10816253        EDI: CHASE.COM Apr 02 2010 19:38:00      Washington Mutual Bank,   PO Box 1093,
                 Northridge, CA 91328
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10816239*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                 (address filed with court:  Internal Revenue Service,   1301 Clay Street,   Oakland, CA 94612)
10816240*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                 (address filed with court:  Internal Revenue Service,   Insolvency, Mail Stop 1400S,
                 1301 Clay Street,   Oakland, CA 94612-5210)
                                                                                               TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2010**                    Signature:    *Joseph Speetjens*