| | |
|---|---|
| 1 | SPENCER P. SCHEER #107750 |
| | JOSHUA L. SCHEER #242722 |
| 2 | REILLY D. WILKINSON #250086 |
| | JONATHAN SEIGEL #168224 |
| 3 | SCHEER LAW GROUP, LLP |
| | 155 N. REDWOOD DRIVE, SUITE 100 |
| 4 | SAN RAFAEL, CA 94903 |
| | Telephone: (415) 491-8900 |
| 5 | Facsimile: (415) 491-8910 |
| | PH.061-13625S-F |
| 6 | |
| | Attorneys for Secured Creditor |
| 7 | PATELCO CREDIT UNION |

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk. No. 10-43719- LJT |
| HUGH MAHONEY AND KIMBERLY ROSE MAHONEY, AKA KIMBERLEY ROSE GUNN, | Chapter 7 |
| | Motion No. RDW-307 |
| Debtors. | APPLICATION FOR ORDER CONFIRMING TERMINATION OF THE AUTOMATIC STAY (11 U.S.C. § 362(j), 11 U.S.C. § 362(c)(4)(A)(i), and 11 U.S.C. § 362(c)(4)(A)(ii) |
| | Hearing- |
| | Date: May 14, 2010 |
| | Time: 11:00 a.m. |
| | Place: Bankruptcy Court |
| | 1300 Clay St., Courtroom #201 |
| | Oakland, CA 94612-1425 |

PATELCO CREDIT UNION ("Secured Creditor") hereby applies to this Court for an Order providing that the Automatic Stay of 11 U.S.C. 362 has been terminated. This Application is submitted in accordance with 11 U.S.C. § 362(j), 11 U.S.C. § 362(c)(4)(A)(i), and 11 U.S.C. § 362(c)(4)(A)(ii) and in accordance with the attached Declaration of REILLY D. WILKINSON. In addition, Secured Creditor requests that this court take judicial notice of the prior bankruptcy filings evidencing that the two previous bankruptcy filings were pending and dismissed within one year of the filing of this current bankruptcy, and the PACER reports

attached hereto as Exhibit "A," evidencing that there has not been an order extending the automatic stay in these proceedings, thereby confirming that Secured Creditor has relief from stay in accordance with 11 U.S.C. 362(c)(4)(A)(i), 11 U.S.C. 362(c)(4)(A)(ii) and 11 U.S.C. 362(j).

11 U.S.C. § 362(c)(4)(A)(i) provides that no stay shall go into effect upon the filing of a Bankruptcy where two or more previous bankruptcies were pending and dismissed within the previous year.  *See* In re Easthope, 2006 Bankr. LEXIS 826 (Bkrtcy. Ct. District of Utah 2006). Courts have held that the relief requested pursuant to 11 U.S.C. 362(c)(4)(A)(ii) and 11 U.S.C. 362(j) may be properly made by submission of an Ex Parte Application. *See* In re John Parker (Bkrtcy. Ct. Southern District of New York 2006) 336 BR 678, 680.

SCHEER LAW GROUP, LLP

DATED: April 30, 2010        /s/ REILLY D. WILKINSON
                             #250086