DebtEd, MEANSNO

# U.S. Bankruptcy Court
## Northern District of California (Oakland)
### Bankruptcy Petition #: 10-43719

*Date filed:* 04/01/2010

*Assigned to:* Judge Leslie J. Tchaikovsky
Chapter 7
Voluntary
No asset

| | |
|---|---|
| *Debtor* <br> **Hugh Mahoney** <br> 107 Woodstock Court <br> El Sobrante, CA 94803 <br> SSN / ITIN: xxx-xx-7843 | represented by **George Holland, Jr.** <br> Law Office of George Holland Jr. <br> 1970 Broadway St. #1030 <br> Oakland, CA 94612 <br> (510)465-4100 <br> Email: hlfirm@gmail.com |
| *Joint Debtor* <br> **Kimberly Rose Mahoney** <br> 107 Woodstock Court <br> El Sobrante, CA 94803 <br> SSN / ITIN: xxx-xx-4156 <br> *aka* <br> **Kimberley Rose Gunn** | represented by **George Holland, Jr.** <br> (See above for address) |
| *Trustee* <br> **John Kendall** <br> 2601 Blanding Ave. <br> Bldg #C Suite 110 <br> Alameda, CA 94501 <br> (510) 523-9821 | |
| *U.S. Trustee* <br> **Office of the U.S. Trustee/Oak** <br> Office of the U.S. Trustee <br> 1301 Clay St. #690N <br> Oakland, CA 94612 <br> (510) 637-3200 | |

| Filing Date | # | Docket Text |
|---|---|---|

**EXHIBIT "A"**

| Date | Doc # | Description |
|---|---|---|
| 04/01/2010 | 1 | Chapter 7 Voluntary Petition. Fee Amount $ 299. Financial Management Certificate Due Prior to Discharge. filed by George Holland Jr. of Law Office of George Holland Jr. on behalf of Hugh Mahoney, Kimberly Rose Mahoney. (Holland, George) Modified on 4/2/2010 CERTIFICATE OF CREDIT COUNSELING NOT FILED. OPTION 2 SELECTED ON EXH. B, INDICATING CERTIFICATE TO BE FILED. ERROR : STATISTICAL INFORMATION RE: CURRENT MONTHLY INCOME. COURT CORRECTED. (pw). (Entered: 04/01/2010) |
| 04/01/2010 | 2 | Statement of Social Security Number. (Holland, George) (Entered: 04/01/2010) |
| 04/01/2010 | | Receipt of filing fee for Voluntary Petition (Chapter 7) - Case Upload(10-43719) [caseupld,1027u] ( 299.00). Receipt number 10506647, amount $ 299.00 (U.S. Treasury) (Entered: 04/01/2010) |
| 04/01/2010 | 3 | Payment Advices Filed by Debtor Hugh Mahoney, Joint Debtor Kimberly Rose Mahoney (Holland, George) (Entered: 04/01/2010) |
| 04/01/2010 | 4 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A . Filed by Debtor Hugh Mahoney, Joint Debtor Kimberly Rose Mahoney (Holland, George) (Entered: 04/01/2010) |
| 04/01/2010 | | First Meeting of Creditors with 341(a) meeting to be held on 05/04/2010 at 05:00 PM at Oakland U.S. Trustee Office. Objections for Discharge due by 07/06/2010. (admin, ) (Entered: 04/01/2010) |
| 04/02/2010 | 5 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (pw) (Entered: 04/02/2010) |
| 04/02/2010 | 6 | Certificate of Credit Counseling Filed by Joint Debtor Kimberly Rose Mahoney (Holland, George) (Entered: 04/02/2010) |
| 04/02/2010 | 7 | Certificate of Credit Counseling Filed by Debtor Hugh Mahoney (Holland, George) (Entered: 04/02/2010) |
| 04/04/2010 | 8 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 5 Generate 341 Notices). Service Date 04/04/2010. (Admin.) (Entered: 04/04/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/28/2010 15:27:36 | | | |
| **PACER Login:** | rs1141 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 10-43719 Fil or Ent: filed From: 2/26/2000 To: 4/28/2010 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**MEANSU, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Northern District of California (Oakland)
### Bankruptcy Petition #: 09-46401

*Assigned to:* Judge Edward D. Jellen
Chapter 7
Voluntary
No asset

*Date filed:* 07/18/2009
*Date terminated:* 12/11/2009
*Debtor dismissed:* 08/24/2009
*Joint debtor dismissed:* 08/24/2009

*Debtor disposition:* Dismissed for Failure to File Information
*Joint debtor disposition:* Dismissed for Failure to File Information

*Debtor*
**Hugh Mahoney**
107 Woodstock Court
Richmond, CA 94804
SSN / ITIN: xxx-xx-7843

represented by **George Holland, Jr.**
Law Office of George Holland Jr.
1970 Broadway St. #1030
Oakland, CA 94612
(510)465-4100
Email: hlfirm@gmail.com

*Joint Debtor*
**Kimberly Rose Mahoney**
107 Woodstock Court
Richmond, CA 94804
SSN / ITIN: xxx-xx-4156

represented by **George Holland, Jr.**
(See above for address)

*Trustee*
**Paul Mansdorf**
1563 Solano Ave. #703
Berkeley, CA 94707
(510)526-5993

*U.S. Trustee*
**Office of the U.S. Trustee/Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

| Filing Date | # | Docket Text |
|---|---|---|
| 07/18/2009 | 1 | Chapter 7 Voluntary Petition. Fee Amount $299. Financial Management Certificate Due Prior to Discharge. Filed by Hugh Theodore Mahoney III, Kimberly Rose Mahoney. Order Meeting of Creditors due by 08/3/2009. (Attachments: # 1 Exhibit Certificate of Credit Counseling# 2 Exhibit Certificate of Credit Counseling) (Holland, George) Modified on 7/20/2009 SOCIAL SECURITY NUMBER FOR THE DEBTOR, ALIAS NAMES, PRIOR FILING OPTIONS, AND STATISTICAL DATA ENTERED INCORRECTLY. CERTIFICATE OF CREDIT COUNSELING FILED FOR THE DEBTOR ONLY. CREDITORS FILED WERE NOT ENTERED INTO THE DATABASE (acc). (Entered: 07/18/2009) |
| 07/18/2009 |   | Receipt of filing fee for Voluntary Petition (Chapter 7)(09-46401) [misc,volp7] ( 299.00). Receipt number 8866038, amount $ 299.00 (U.S. Treasury) (Entered: 07/18/2009) |
| 07/18/2009 | 2 | Statement of Social Security Number. Filed by Debtor Hugh Theodore Mahoney III (Holland, George) (Entered: 07/18/2009) |
| 07/18/2009 |   | First Meeting of Creditors with 341(a) meeting to be held on 08/25/2009 at 10:00 AM at Oakland U.S. Trustee Office. Objections for Discharge due by 10/26/2009. (admin, ) (Entered: 07/18/2009) |
| 07/20/2009 |   | **ERROR** THE CERTIFICATE OF CREDIT COUNSELING WAS FILED FOR THE DEBTOR ONLY. CORRECTION REQUIRED. THE CREDITORS WERE NOT UPLOADED WHEN THE CASE WAS FILED. COURT ENTERED THE CREDITORS. (RE: related document(s) 1 Voluntary Petition (Chapter 7)). (acc) (Entered: 07/20/2009) |
| 07/20/2009 |   | **CORRECTIVE ENTRY** Court corrected the Debtor's name and social security number. The prior filing option was changed to yes and statistical data under estimated liabilities and assets were corrected to reflect the petition. The creditors filed were entered by the Court. Telephone number removed from the database. Flag reset to Meansu due to form B22A Means Test not being filed. (RE: related document(s) 1 Voluntary Petition (Chapter 7)). (acc) Modified on 7/20/2009 (acc). (Entered: 07/20/2009) |
| 07/20/2009 | 3 | Order To File Required Documents and Notice Regarding Dismissal. . Non-Compliance (Documents) due by 8/6/2009 (acc) (Entered: 07/20/2009) |

| 07/20/2009 | 4 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (acc) (Entered: 07/20/2009) |
|---|---|---|
| 07/22/2009 | 5 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 4 Generate 341 Notices). Service Date 07/22/2009. (Admin.) (Entered: 07/22/2009) |
| 07/22/2009 | 6 | BNC Certificate of Mailing (RE: related document(s) 3 Order to File Missing Documents). Service Date 07/22/2009. (Admin.) (Entered: 07/22/2009) |
| 07/31/2009 | 7 | Request for Notice Filed by Creditor Patelco Credit Union (Attachments: # 1 Certificate of Service) (Wilkinson, Reilly) (Entered: 07/31/2009) |
| 08/04/2009 | 8 | Request for Notice Filed by Creditor GE Money Bank c/o Recovery Management Systems Corporation. (Singh, Ramesh) (Entered: 08/04/2009) |
| 08/04/2009 | 9 | Schedules A - J (RE: related document(s) 3 Order to File Missing Documents). Filed by Debtor Hugh Mahoney, Joint Debtor Kimberly Rose Mahoney (Holland, George) Modified on 8/5/2009 THE DOCUMENTS WERE FILED IN THE WRONG CASE. (acc). (Entered: 08/04/2009) |
| 08/04/2009 | 10 | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 1500.00 Filed by Debtor Hugh Mahoney, Joint Debtor Kimberly Rose Mahoney (Holland, George) Modified on 8/5/2009 THE DOCUMENT WAS FILED IN THE INCORRECT CASE (acc). (Entered: 08/04/2009) |
| 08/04/2009 | 11 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A . Filed by Debtor Hugh Mahoney, Joint Debtor Kimberly Rose Mahoney (Holland, George) Modified on 8/5/2009 DOCUMENT WAS FILED IN THE INCORRECT CASE (acc). (Entered: 08/04/2009) |
| 08/04/2009 | 12 | Payment Advices Filed by Debtor Hugh Mahoney, Joint Debtor Kimberly Rose Mahoney (Holland, George) Modified on 8/5/2009 THIS DOCUMENT WAS FILED IN THE INCORRECT CASE (acc). (Entered: 08/04/2009) |
| 08/05/2009 | | **ERROR** THE DOCUMENTS FILED DO NOT BELONG TO THIS CASE. CORRECTION REQUIRED. (RE: related document(s) 9 Schedules A-J, 10 Disclosure of Compensation of Attorney for Debtor, 11 Chapter 7 Means Test, 12 Payment |

| | | |
|---|---|---|
| | | Advices). (acc) (Entered: 08/05/2009) |
| 08/06/2009 | 13 | Motion for Relief from Stay RS #RDW - 203, Fee Amount $150, Filed by Creditor Patelco Credit Union (Attachments: # 1 Declaration of Angela Cooper# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 RS Cover Sheet # 9 Certificate of Service) (Wilkinson, Reilly) (Entered: 08/06/2009) |
| 08/06/2009 | | Receipt of filing fee for Motion for Relief From Stay(09-46401) [motion,mrlfsty] ( 150.00). Receipt number 8982769, amount $ 150.00 (U.S. Treasury) (Entered: 08/06/2009) |
| 08/06/2009 | 14 | Notice of Hearing (RE: related document(s) 13 Motion for Relief from Stay RS #RDW - 203, Fee Amount $150, Filed by Creditor Patelco Credit Union). **Hearing scheduled for 8/21/2009 at 10:00 AM at Oakland Room 215 - Jellen.** Filed by Creditor Patelco Credit Union (Wilkinson, Reilly) (Entered: 08/06/2009) |
| 08/06/2009 | 15 | Motion for Relief from Stay RS #RDW - 204, Fee Amount $150, Filed by Creditor Patelco Credit Union (Attachments: # 1 Declaration of Angela Cooper# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 RS Cover Sheet # 9 Certificate of Service) (Wilkinson, Reilly) (Entered: 08/06/2009) |
| 08/06/2009 | | Receipt of filing fee for Motion for Relief From Stay(09-46401) [motion,mrlfsty] ( 150.00). Receipt number 8983000, amount $ 150.00 (U.S. Treasury) (Entered: 08/06/2009) |
| 08/06/2009 | 16 | Notice of Hearing (RE: related document(s) 15 Motion for Relief from Stay RS #RDW - 204, Fee Amount $150, Filed by Creditor Patelco Credit Union). **Hearing scheduled for 8/21/2009 at 10:00 AM at Oakland Room 215 - Jellen.** Filed by Creditor Patelco Credit Union (Wilkinson, Reilly) (Entered: 08/06/2009) |
| 08/06/2009 | 17 | Motion for Relief from Stay RS #RDW - 202, Fee Amount $150, Filed by Creditor Patelco Credit Union (Attachments: # 1 Declaration of Angela Cooper# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 RS Cover Sheet # 9 Certificate of Service) (Wilkinson, Reilly) (Entered: 08/06/2009) |
| 08/06/2009 | | Receipt of filing fee for Motion for Relief From Stay(09-46401) [motion,mrlfsty] ( 150.00). Receipt number 8983846, amount $ 150.00 (U.S. Treasury) (Entered: 08/06/2009) |

| | | |
|---|---|---|
| 08/06/2009 | 18 | Notice of Hearing (RE: related document(s) 17 Motion for Relief from Stay RS #RDW - 202, Fee Amount $150, Filed by Creditor Patelco Credit Union). **Hearing scheduled for 8/21/2009 at 10:00 AM at Oakland Room 215 - Jellen.** Filed by Creditor Patelco Credit Union (Wilkinson, Reilly) (Entered: 08/06/2009) |
| 08/07/2009 | 19 | Motion for Relief from Stay RS #MDE-513, Fee Amount $150, Filed by Creditor LaSalle Bank NA, As Trustee (Attachments: # 1 Declaration # 2 Exhibit # 3 RS Cover Sheet # 4 Certificate of Service) (Estle, Mark) (Entered: 08/07/2009) |
| 08/07/2009 | 20 | Notice of Hearing (RE: related document(s) 19 Motion for Relief from Stay RS #MDE-513, Fee Amount $150, Filed by Creditor LaSalle Bank NA, As Trustee). **Hearing scheduled for 9/4/2009 at 10:00 AM at Oakland Room 215 - Jellen.** Filed by Creditor LaSalle Bank NA, As Trustee (Estle, Mark) (Entered: 08/07/2009) |
| 08/07/2009 | | Receipt of filing fee for Motion for Relief From Stay(09-46401) [motion,mrlfsty] ( 150.00). Receipt number 8991856, amount $ 150.00 (U.S. Treasury) (Entered: 08/07/2009) |
| 08/12/2009 | 21 | Request for Notice Filed by Creditor eCAST Settlement Corporation (Weisman, Gilbert) (Entered: 08/12/2009) |
| 08/19/2009 | | The trustee declares, under penalty of perjury, that the debtor(s) named above have failed to submit a copy of their federal income tax document(s) as required by 11 U.S.C. Section 521 (e)(2)(A)(i) . (Mansdorf, Paul) (Entered: 08/19/2009) |
| 08/19/2009 | 22 | Order and Notice Regarding Failure of the Debtor(s) to Submit a Copy of their Federal Income Tax Return(s) to the Trustee as Required by 11 U.S.C. Section 521(e)(2)(A)(i)(admin) (Entered: 08/19/2009) |
| 08/21/2009 | | Courtroom Hearing Held (RE: Motion for Relief From Stay - related document(s) 13 ) (MINUTES: [APPEARANCES: PAUL KROEN-SPEC.APPEAR FOR PATELCO CREDIT UNION, GEORGE HOLLAND, JR-FOR DEBTORS] NO OPPOSITION; MOTION GRANTED; ORDER SIGNED IN COURT.)(rba) (Entered: 08/21/2009) |
| 08/21/2009 | | Courtroom Hearing Held (RE: Motion for Relief From Stay - related document(s) 15 ) (MINUTES: [APPEARANCES: PAUL KROEN-SPEC.APPEAR FOR PATELCO CREDIT UNION, GEORGE HOLLAND, JR-FOR DEBTORS] NO OPPOSITION; MOTION GRANTED; ORDER SIGNED IN COURT.)(rba) |

| | | |
|---|---|---|
| | | (Entered: 08/21/2009) |
| 08/21/2009 | | Courtroom Hearing Held (RE: Motion for Relief From Stay - related document(s) 17 ) (MINUTES: [APPEARANCES: PAUL KROEN-SPEC.APPEAR FOR PATELCO CREDIT UNION, GEORGE HOLLAND, JR-FOR DEBTORS] NO OPPOSITION; MOTION GRANTED; ORDER SIGNED IN COURT.)(rba) (Entered: 08/21/2009) |
| 08/21/2009 | 25 | Order Granting Motion for Relief From Stay # RDW - 203 (Related Doc # 13 ) (acc) (Entered: 08/24/2009) |
| 08/21/2009 | 26 | Order Granting Motion for Relief From Stay #RDW - 204,(Related Doc # 15 ) (acc) (Entered: 08/24/2009) |
| 08/21/2009 | 27 | Order Granting Motion for Relief From Stay #RDW - 202 (Related Doc # 17 ) (acc) (Entered: 08/24/2009) |
| 08/22/2009 | 24 | BNC Certificate of Mailing (RE: related document(s) 22 Order and Notice Regarding Failure to Submit Tax Returns). Service Date 08/22/2009. (Admin.) (Entered: 08/22/2009) |
| 08/24/2009 | 28 | Order Dismissing Case . (acc) (Entered: 08/25/2009) |
| 08/25/2009 | | Chapter 7 Trustee's Report of No Distribution: I, Paul Mansdorf, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned: $ 0.00, Assets Exempt: Not Available, Claims Scheduled: $ 0.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment: $ 0.00. (Mansdorf, Paul) (Entered: 08/25/2009) |
| 08/25/2009 | 29 | Withdrawal of Report of No Distribution ((RE: related document(s)Chapter 7 Trustee's Report of No Distribution). (Mansdorf, Paul) (Entered: 08/25/2009) |

| | | |
|---|---|---|
| 08/26/2009 | 30 | BNC Certificate of Mailing (RE: related document(s) 25 Order on Motion for Relief From Stay). Service Date 08/26/2009. (Admin.) (Entered: 08/26/2009) |
| 08/26/2009 | 31 | BNC Certificate of Mailing (RE: related document(s) 26 Order on Motion for Relief From Stay). Service Date 08/26/2009. (Admin.) (Entered: 08/26/2009) |
| 08/26/2009 | 32 | BNC Certificate of Mailing (RE: related document(s) 27 Order on Motion for Relief From Stay). Service Date 08/26/2009. (Admin.) (Entered: 08/26/2009) |
| 08/27/2009 | 33 | Notice of Entry of Order Regarding: (RE: related document(s) 26 Order Granting Motion for Relief From Stay #RDW - 204,). Filed by Creditor Patelco Credit Union (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Wilkinson, Reilly) (Entered: 08/27/2009) |
| 08/27/2009 | 34 | Notice of Entry of Order Regarding: (RE: related document(s) 25 Order Granting Motion for Relief From Stay # RDW - 203). Filed by Creditor Patelco Credit Union (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Wilkinson, Reilly) (Entered: 08/27/2009) |
| 08/27/2009 | 35 | Notice of Entry of Order Regarding: (RE: related document(s) 27 Order Granting Motion for Relief From Stay #RDW - 202). Filed by Creditor Patelco Credit Union (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Wilkinson, Reilly) (Entered: 08/27/2009) |
| 08/27/2009 | 36 | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) 28 Order to Dismiss Case). Service Date 08/27/2009. (Admin.) (Entered: 08/27/2009) |
| 08/27/2009 | 37 | BNC Certificate of Mailing (RE: related document(s) 28 Order to Dismiss Case). Service Date 08/27/2009. (Admin.) (Entered: 08/27/2009) |
| 09/04/2009 | | Hearing Dropped From Calendar (RE: Motion for Relief From Stay - related document(s) 19 ) (MINUTES: OFF CALENDAR; CASE DISMISSED 8/24/2009)(rba) (Entered: 09/04/2009) |
| 09/29/2009 | 39 | Financial Management Course Certificate. (RE: related document(s) 1 Voluntary Petition (Chapter 7)). Filed by Joint Debtor Kimberly Rose Mahoney (acc) (Entered: 10/01/2009) |
| 12/11/2009 | | Bankruptcy Case Closed. (acc) (Entered: 12/11/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/28/2010 15:27:21 | | | |
| PACER Login: | rs1141 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 09-46401 Fil or Ent: filed From: 2/26/2000 To: 4/28/2010 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html |
| Billable Pages: | 4 | Cost: | 0.32 |

**DebtEd, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Northern District of California (Oakland)
## Bankruptcy Petition #: 09-42870

*Assigned to:* Judge Randall J. Newsome
Chapter 13
Voluntary
Asset

*Date filed:* 04/08/2009
*Date terminated:* 03/19/2010
*Debtor dismissed:* 07/30/2009
*Joint debtor dismissed:* 07/30/2009

*Debtor disposition:* Dismissed for Other Reason
*Joint debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor**<br>**Hugh Theodore Mahoney, III**<br>107 Woodstock Ct.<br>El Sobrante, CA 94803<br>SSN / ITIN: xxx-xx-7843 | represented by **Jason Beck Cline**<br>Law Offices of Max Cline<br>1300 Clay St. #600<br>Oakland, CA 94618<br>(510)464-8068<br>Email: jbcline77@hotmail.com<br><br>**Max Cline**<br>Law Offices of Max Cline<br>1300 Clay St. #600<br>Oakland, CA 94612<br>(510) 464-8068<br>Email: max008120@yahoo.com |
| **Joint Debtor**<br>**Kimberly Rose Mahoney**<br>107 Woodstock Ct.<br>El Sobrante, CA 94803<br>SSN / ITIN: xxx-xx-4156<br>*fka*<br>**Kimberly Rose Gunn** | represented by **Jason Beck Cline**<br>(See above for address)<br><br>**Max Cline**<br>(See above for address) |
| **Trustee**<br>**Martha G. Bronitsky**<br>P.O. Box 5004<br>Hayward, CA 94540-5004<br>510-266-5580 | |

*U.S. Trustee*
**Office of the U.S. Trustee/Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

| Filing Date | # | Docket Text |
|---|---|---|
| 04/08/2009 | 1 | Chapter 13 Voluntary Petition, Fee Amount $274. Filed by Hugh Theodore Mahoney III, Kimberly Rose Mahoney. Order Meeting of Creditors due by 05/8/2009. Chapter 13 Plan due by 04/23/2009. (Cline, Max) (Entered: 04/08/2009) |
| 04/08/2009 | 2 | Chapter 13 Plan Filed by Debtor Hugh Theodore Mahoney III, Joint Debtor Kimberly Rose Mahoney (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Hugh Theodore Mahoney, Joint Debtor Kimberly Rose Mahoney). (Cline, Max) (Entered: 04/08/2009) |
| 04/08/2009 | 3 | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 6000 Filed by Debtor Hugh Theodore Mahoney III, Joint Debtor Kimberly Rose Mahoney (Cline, Max) (Entered: 04/08/2009) |
| 04/08/2009 | 4 | Statement of Social Security Number. Filed by Debtor Hugh Theodore Mahoney III, Joint Debtor Kimberly Rose Mahoney (Cline, Max) (Entered: 04/08/2009) |
| 04/08/2009 | 5 | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by Debtor Hugh Theodore Mahoney III, Joint Debtor Kimberly Rose Mahoney (Cline, Max) (Entered: 04/08/2009) |
| 04/08/2009 | 6 | Document: *Business Income and Expenses*. (RE: related document(s) 1 Voluntary Petition (Chapter 13)). Filed by Debtor Hugh Theodore Mahoney III, Joint Debtor Kimberly Rose Mahoney (Cline, Max) (Entered: 04/08/2009) |
| 04/08/2009 | | Receipt of filing fee for Voluntary Petition (Chapter 13)(09-42870) [misc,volp13] ( 274.00). Receipt number 8302291, amount $ 274.00 (U.S. Treasury) (Entered: 04/08/2009) |
| 04/08/2009 | 7 | Certificate of Credit Counseling Filed by Debtor Hugh Theodore Mahoney III, Joint Debtor Kimberly Rose Mahoney (Cline, Max) (Entered: 04/08/2009) |

| | | |
|---|---|---|
| 04/08/2009 | 8 | Declaration of Debtors in support of (RE: related document(s) 2 Chapter 13 Plan). Filed by Debtor Hugh Theodore Mahoney III, Joint Debtor Kimberly Rose Mahoney (Cline, Max) (Entered: 04/08/2009) |
| 04/10/2009 | 9 | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 6/18/2009 at 10:00 AM Oakland U.S. Trustee Office Objection to Dischargeability due by 8/17/2009 Proofs of Claims due by 9/16/2009 (Bronitsky, Martha (harbor)) (Entered: 04/10/2009) |
| 04/15/2009 | 10 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 9 Meeting of Creditors Chapter 13). Service Date 04/15/2009. (Admin.) (Entered: 04/15/2009) |
| 04/15/2009 | 11 | BNC Certificate of Mailing - Chapter 13 Plan. (RE: related document(s) 9 Meeting of Creditors Chapter 13). Service Date 04/15/2009. (Admin.) (Entered: 04/15/2009) |
| 04/29/2009 | 12 | Motion for Relief from Stay RS #MDE-452, Fee Amount $150, Filed by Creditor LaSalle Bank NA, As Trustee (Attachments: # 1 Declaration # 2 Exhibit # 3 RS Cover Sheet # 4 Certificate of Service) (Estle, Mark) (Entered: 04/29/2009) |
| 04/29/2009 | | Receipt of filing fee for Motion for Relief From Stay(09-42870) [motion,mrlfsty] ( 150.00). Receipt number 8421349, amount $ 150.00 (U.S. Treasury) (Entered: 04/29/2009) |
| 04/29/2009 | 13 | Notice of Hearing (RE: related document(s) 12 Motion for Relief from Stay RS #MDE-452, Fee Amount $150, Filed by Creditor LaSalle Bank NA, As Trustee). **Hearing scheduled for 5/27/2009 at 10:30 AM at Oakland Room 220 - Newsome.** Filed by Creditor LaSalle Bank NA, As Trustee (Estle, Mark) (Entered: 04/29/2009) |
| 05/27/2009 | | Courtroom Hearing Held (RE: Motion for Relief From Stay - related document(s) 12 ) (05/27/09 MINUTES OF PROCEEDINGS: DEBTORS ATTY APPEARED - NO OPPOSITION TO MOTION. MOTION FOR RELIEF FROM STAY GRANTED. FORM OF ORDER TO BE SUBMITTED.)(dmp) (Entered: 05/27/2009) |
| 06/02/2009 | 14 | Request for Notice Filed by Creditor Patelco Credit Union (Attachments: # 1 Certificate of Service) (Wilkinson, Reilly) (Entered: 06/02/2009) |

| | | |
|---|---|---|
| 06/11/2009 | 15 | Objection to Confirmation of Plan Filed by Creditor Patelco Credit Union (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Wilkinson, Reilly) (Entered: 06/11/2009) |
| 06/18/2009 | 16 | Certificate of Service *(Proposed Order)* (RE: related document(s) 12 Motion for Relief From Stay). Filed by Creditor LaSalle Bank NA, As Trustee (Estle, Mark) (Entered: 06/18/2009) |
| 06/18/2009 | 17 | Stipulation for Relief from Stay . Filed by Creditor Patelco Credit Union. (Attachments: # 1 Certificate of Service) (Wilkinson, Reilly) (Entered: 06/18/2009) |
| 06/18/2009 | 18 | Motion for Relief from Stay RS #RDW-182, Fee Amount $150, Filed by Creditor Patelco Credit Union (Attachments: # 1 Declaration # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 RS Cover Sheet # 7 Certificate of Service) (Wilkinson, Reilly) (Entered: 06/18/2009) |
| 06/18/2009 | | Receipt of filing fee for Motion for Relief From Stay(09-42870) [motion,mrlfsty] ( 150.00). Receipt number 8696661, amount $ 150.00 (U.S. Treasury) (Entered: 06/18/2009) |
| 06/18/2009 | 19 | Notice of Hearing (RE: related document(s) 18 Motion for Relief from Stay RS #RDW-182, Fee Amount $150, Filed by Creditor Patelco Credit Union). **Hearing scheduled for 7/15/2009 at 10:30 AM at Oakland Room 220 - Newsome.** Filed by Creditor Patelco Credit Union (Wilkinson, Reilly) (Entered: 06/18/2009) |
| 06/22/2009 | 21 | Order Granting Motion for Relief From Stay (Related Doc # 12 ) (vmb) (Entered: 06/24/2009) |
| 06/22/2009 | 22 | Order (RE: related document(s) 17 Stipulation for Relief From Stay filed by Creditor Patelco Credit Union). (vmb) (Entered: 06/24/2009) |
| 06/23/2009 | | Meeting of Creditors Held *Hearing held 6/18/09. Meeting of creditors concluded, Confirmation hearing 8/13 @ 2pm, objection to plan to be resolved, amended J to be filed to list domestic support obligation information and support information to be provided; and status of mortgage payments.* (Bronitsky, Martha (ar)) (Entered: 06/23/2009) |
| 06/23/2009 | 20 | Notice of Hearing *Regarding Confirmation of Chapter 13 Plan with Certificate of Service* **Confirmation Hearing scheduled for 8/13/2009 at 2:00 PM at Oakland Room 220 - Newsome.** Filed by Trustee Martha G. Bronitsky (Bronitsky, Martha (harbor)) |

| | | |
|---|---|---|
| | | (Entered: 06/23/2009) |
| 06/26/2009 | 23 | BNC Certificate of Mailing (RE: related document(s) 21 Order on Motion for Relief From Stay). Service Date 06/26/2009. (Admin.) (Entered: 06/26/2009) |
| 06/26/2009 | 24 | BNC Certificate of Mailing (RE: related document(s) 22 Order). Service Date 06/26/2009. (Admin.) (Entered: 06/26/2009) |
| 07/15/2009 | | Courtroom Hearing Held (RE: Motion for Relief From Stay - related document(s) 18 ) (07/15/09 MINUTES OF PROCEEDINGS: MOTION FOR RELIEF FROM STAY GRANTED. ORDER SIGNED IN COURT.)(dmp) (Entered: 07/15/2009) |
| 07/15/2009 | 25 | Motion to Dismiss Case Filed by Debtor Hugh Theodore Mahoney III, Joint Debtor Kimberly Rose Mahoney (Cline, Jason) (Entered: 07/15/2009) |
| 07/15/2009 | 26 | Certificate of Service (RE: related document(s) 25 Motion to Dismiss Case). Filed by Debtor Hugh Theodore Mahoney III, Joint Debtor Kimberly Rose Mahoney (Cline, Jason) (Entered: 07/15/2009) |
| 07/15/2009 | 27 | Order Granting Motion for Relief From Stay (Related Doc # 18 ) (vmb) (Entered: 07/17/2009) |
| 07/19/2009 | 28 | BNC Certificate of Mailing (RE: related document(s) 27 Order on Motion for Relief From Stay). Service Date 07/19/2009. (Admin.) (Entered: 07/19/2009) |
| 07/23/2009 | 29 | Notice of Entry of Order Regarding: (RE: related document(s) 27 Order Granting Motion for Relief From Stay). Filed by Creditor Patelco Credit Union (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Wilkinson, Reilly) (Entered: 07/23/2009) |
| 07/30/2009 | 30 | Order Granting Motion to Dismiss Case (Related Doc # 25 ) (vmb) (Entered: 07/31/2009) |
| 08/02/2009 | 31 | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) 30 Order on Motion to Dismiss Case). Service Date 08/02/2009. (Admin.) (Entered: 08/02/2009) |
| 08/02/2009 | 32 | BNC Certificate of Mailing (RE: related document(s) 30 Order on Motion to Dismiss Case). Service Date 08/02/2009. (Admin.) (Entered: 08/02/2009) |

| | | |
|---|---|---|
| 08/13/2009 | | Hearing Dropped From Calendar (RE: Notice of Hearing - related document(s) 20 ) (08/13/09 OFF CALENDAR CASE DISMISSED 07/30/09)(dmp) (Entered: 08/13/2009) |
| 09/28/2009 | 33 | Chapter 13 Trustee Final Report and Account . (Bronitsky, Martha (harbor)) (Entered: 09/28/2009) |
| 09/30/2009 | 34 | Order Discharging Chapter 13 Trustee. (vmb) (Entered: 09/30/2009) |
| 10/02/2009 | 35 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 34 Order Discharging Chapter Trustee). Service Date 10/02/2009. (Admin.) (Entered: 10/02/2009) |
| 03/19/2010 | | Bankruptcy Case Closed. (vmb) (Entered: 03/19/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/28/2010 15:27:01 | | | |
| PACER Login: | rs1141 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 09-42870 Fil or Ent: filed From: 2/26/2000 To: 4/28/2010 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html |
| Billable Pages: | 3 | Cost: | 0.24 |